**FILED**
February 14, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case No: EP:24-CR-00310-KC |
| Plaintiff, | § § | **I N D I C T M E N T** |
| | § § | **CT 1:** 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| v. | § § | Felon in Possession of a Firearm |
| OCTAVIO AMPARAN, | § § § | *Notice of Government's Demand for Forfeiture* |
| Defendant. | § | |

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. §§ 922(g)(1))

On or about December 4, 2023, in the Western District of Texas, Defendant

**OCTAVIO AMPARAN,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, as that term is defined in Title 18, United States Code, Section 921(a)(3), to wit:

1. HiPoint, model C9, 9mm caliber handgun, serial P1329681;

2. DPMS Inc., model A15, .223 caliber rifle lower receiver, serial FFA048154; and

3. Mossberg shotgun, model 500, 12gauge, serial T882577;

said firearms all having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Firearm Violations and Forfeiture Statutes
**[Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]**

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to Defendant **OCTAVIO AMPARAN** of its intent to seek the forfeiture of the property described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c). Section 924 states, in pertinent part, the following:

> **Title 18 U.S.C. § 924.**
> \* \* \*
>
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be subject to seizure and forfeiture under the provisions of this chapter. . .

The Notice of Demand of Forfeiture includes but is not limited to the property described in Paragraph II.

## II.
## Property

1. HiPoint, model C9, 9mm caliber handgun, serial P1329681;

2. DPMS Inc., model A15, .223 caliber rifle lower receiver, serial FFA048154; and

3. Mossberg shotgun, model 500, 12gauge, serial T882577; and

4. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIMES ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney