UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  EP:24-CR-00310(1)-KC |
| | § | |
| (1) Octavio Amparan | § | |

ORDER GRANTING

On this day, the Court considered ECF 41, Defendant's Agreed Motion to Continue in the above-captioned cause. The motion was made because of the need for further investigation, preparation of the defense due to complex discovery issues in the case, and/or plea negotiations.  After due consideration, the Court is of the opinion that the motion should be granted.

IT IS HEREBY ORDERED that the ECF 41, Defendant's Agreed Motion to Continue is GRANTED. The above entitled and numbered case is reset for **SENTENCING** in District Courtroom, Room 522, on the 5th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Friday, December 20, 2024 at 02:45 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 15th day of November, 2024.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE